```
1   PATRICK L. FORTE
    State Bar #80050
2   CORRINE BIELEJESKI
    State Bar #244599
3   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
4   Oakland, CA 94612
    Telephone: (510) 465-3328
5   Facsimile: (510) 763-8354

6
    Attorney for Debtor
7

8                        UNITED STATES BANKRUPTCY COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10  In Re:                                    Chapter 13

11  ROBERT BAUTISTA GONZALES                  No. 08-41246 RN13

12                                            **MOTION TO MODIFY CHAPTER 13
                                              PLAN; NOTICE TO CREDITORS OF**
13                    Debtor.                 **DEADLINE TO REQUEST A HEARING**
    _____/
14
```

   The above named debtor requests that his Chapter 13 Plan be modified as follows:

   Debtor shall surrender the real property located at 4434 Horseshoe Cir., Antioch, CA to WACHOVIA MORTGAGE and the CONTRA COSTA COUNTY TAX COLLECTOR. Debtor's plan payment shall be $400.00 per month commencing October, 2008, through March, 2009. Commencing April, 2009, debtor's plan payments shall increase to $760.00 per month. Unsecured, non-priority claims shall be paid zero (0%) per cent. Any plan arrearages shall be forgiven.

   The modification is sought on the following grounds:

   Debtor is unemployed and his finacee recently lost her job.

   //

NOTICE IS HEREBY GIVEN:

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty (20) days of mailing of this notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: October 10, 2008.

/s/ Patrick L. Forte
Patrick L. Forte
Attorney for Debtor